UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PAUL ANTHONY BROWN | CIVIL ACTION NO. 3:16-1483 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| DANIEL SANCHEZ, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**MONROE, LOUISIANA, this 30th day of March, 2017.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE